# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| WAYNE JACKSON and MARY JACKSON, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BOEHRINGER INGELHEIM )<br>PHARMACEUTICALS, INC., et al., )<br>)<br>Defendants. ) | No. 06-969-CV-W-DW |

## ORDER

On April 5, 2007, the Court ordered that this case would be stayed pending a decision by the JMPL regarding Defendant's Motion to transfer. The Court also ordered Plaintiffs to update the court as to the status of the case every thirty (30) days.

On July 2, 2007, a Transfer Order consolidated this case with others currently pending in the District of Minnesota. (Doc. 88). Given that this case is currently pending in front of the District of Minnesota, Plaintiffs are relieved over their duty to update this Court any further.

Date: August 1, 2007

/s/ Dean Whipple
Dean Whipple
United States District Judge